In the Matter of the Application of JAMES McGONIGAL, as Administrator de Bonis Non of the Goods, Chattels and Credits of JAMES J. McGONIGLE, Also Known as JAMES J. McGONIGAL, to Discover Certain Property of Said Deceased Claimed to Be Withheld. In the Matter of the Application of LINA RYGG, for an Order Directing the Administrator de Bonis Non of the Goods, Chattels and Credits of JAMES J. McGONIGLE, to Deliver and Turn Over to·Her Certain Property Claimed to Be Withheld from Her by Said Administrator and Others. JAMES

McGonigal, Administrator de Bonis Non of James J. McGonigle, etc., Deceased, and Ward Wilklow, as Special Guardian for Helen Eva McGonigle, etc., and James McGonigle, etc., Infants, etc., Appellants; Lina Rygg, Respondent.— In proceedings in the Surrogate's Court of Nassau County, one brought by the administrator de bonis non of decedent's estate, to discover certain property of the decedent claimed to be withheld by Lina Rygg, the respondent, and the other by her to direct the turning over of such property to her by such administrator, separate decrees were duly entered on January 23, 1941,— one dismissing the petition of the administrator and awarding further relief to the respondent Lina Rygg, and the other adjudging that full title to specified personal property is in the respondent Lina Rygg, and directing the delivery of it, or its proceeds, to her. From each of those decrees such administrator and certain infant distributees of the decedent, by their special guardian, appeal, the latter appellants, however, stating that they do not appeal from the direction providing for certain payments by the respondent for special guardian's fees, stenographer's fees and morticians' services. Decrees, in so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.